## Souder, Appellant, *v.* Peters et al.

Argued September 10, 1969. *H. Rank Bickel, Jr.,* for appellant; *Bernerd A. Buzgon,* with him *Davis, Katz, Buzgon & Davis,* for appellee; *James R. Whitman,* with him *Lewis, Brubaker, Whitman & Christianson,* for appellees.

Judgment affirmed.

HOFFMAN, J., dissents.

## Tedesco, Appellant, *v.* Philadelphia Transportation Company.

Argued September 11, 1969. *Allen T. Newman,* with him *Allen Philip Silverman,* and *Newman & Gamburg,* for appellant; *James Conwell Welsh,* for appellee.

Judgment affirmed.